UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUASAN ROSENDO, etc., <br><br> Plaintiff, <br><br> vs. <br><br> CRAWFORD & COMPANY, et. al., <br><br> Defendant | CASE NO. CV F 12-1641 LJO BAM <br><br> **ORDER TO DISMISS AND CLOSE ACTION (DOC. 15.)** |

This Court DISMISSES this action pursuant to the terms of the parties' Stipulation for Dismissal of Class Claims without Prejudice and Individual Claims with Prejudice (doc. 15). This Court DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:   **March 5, 2013**         /s/ **Lawrence J. O'Neill**

UNITED STATES DISTRICT JUDGE

1